Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendants*
*Monica Levinson, Twentieth Century Fox*
*Film Corporation, One America*
*Productions, Inc., and Todd Schulman*

**08 CV 1828**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Kathie Martin,

                         Plaintiff,

    – against –

Dan Mazer, Anthony Hines, Larry Charles,
Peter Baynham, Monica Levinson, Jay
Roach, Todd Phillips, Everyman Pictures,
Twentieth Century Fox Film Corporation,
One America Productions, Inc., Gold/Miller
Productions, Springland Films, Dune
Entertainment, LLC, MTV Networks d/b/a
Comedy Central, Dakota North
Entertainment, Inc., Four by Two
Production Company, Sacha Baron Cohen,
Todd Schulman, and John Does Nos. 1-5,

                         Defendants.

------------------------------------------------------------X

Case No.: _____



FEB 22 2008
U.S.D.C. S.D. N.Y.
CASHIERS

**STATEMENT OF DEFENDANT ONE AMERICA PRODUCTIONS, INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for One America Productions, Inc. ("One America") certifies that One America does not

have any corporate parents, subsidiaries or affiliates that are publicly held.

Dated: February 22, 2008

        Respectfully submitted,

        HOGAN & HARTSON LLP

        By: _____
        Slade R. Metcalf (SM 8360)
        Jason P. Conti (JC 0581)
        Laura M. Leitner (LL 4222)
        HOGAN & HARTSON LLP
        875 Third Avenue
        New York, New York 10022
        Tel. (212) 918-3000
        Fac. (212) 918-3100

        *Attorneys for Defendants*
        *Monica Levinson, Twentieth Century Fox*
        *Film Corporation, One America*
        *Productions, Inc., and Todd Schulman*