S Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendants*
*Monica Levinson, Twentieth Century Fox*
*Film Corporation, One America*
*Productions, Inc., and Todd Schulman*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Kathie Martin,

                     Plaintiff,

   – against –

Dan Mazer, Anthony Hines, Larry Charles,
Peter Baynham, Monica Levinson, Jay
Roach, Todd Phillips, Everyman Pictures,
Twentieth Century Fox Film Corporation,
One America Productions, Inc., Gold/Miller
Productions, Springland Films, Dune
Entertainment, LLC, MTV Networks d/b/a
Comedy Central, Dakota North
Entertainment, Inc., Four by Two
Production Company, Sacha Baron Cohen,
Todd Schulman, and John Does Nos. 1-5,

                     Defendants.
------------------------------------------------------------X

Case No. 08-cv-1828

**STATEMENT OF DEFENDANT TWENTIETH
CENTURY FOX FILM CORPORATION PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Twentieth Century Fox Film Corporation ("Fox") certifies that News Corporation is

\\\\NY - 027721/000006 - 1074151 v1

the indirect, ultimate parent corporation of Fox and is publicly held. Liberty Media Corporation, a publicly traded company, owns more than 10% of the stock in News Corporation. Fox does not have any other corporate parents, subsidiaries or affiliates that are publicly held.

Dated: February 22, 2008

                                      Respectfully submitted,

                                      HOGAN & HARTSON LLP

                                      By: _____
                                      Slade R. Metcalf (SM 8360)
                                      Jason P. Conti (JC 0581)
                                      Laura M. Leitner (LL 4222)
                                      HOGAN & HARTSON LLP
                                      875 Third Avenue
                                      New York, New York 10022
                                      Tel. (212) 918-3000
                                      Fac. (212) 918-3100

                                      *Attorneys for Defendants*
                                      *Monica Levinson, Twentieth Century Fox*
                                      *Film Corporation, One America*
                                      *Productions, Inc., and Todd Schulman*