Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Monica Levinson,*
*Twentieth Century Fox Film Corporation,*
*One America Productions, Inc., Todd Schulman,*
*Sacha Baron Cohen, Larry Charles, Jay Roach*
*and Everyman Pictures*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Kathie Martin,

      Plaintiff,

  – against –

Dan Mazer, Anthony Hines, Larry Charles,
Peter Baynham, Monica Levinson, Jay
Roach, Todd Phillips, Everyman Pictures,
Twentieth Century Fox Film Corporation,
One America Productions, Inc., Gold/Miller
Productions, Springland Films, Dune
Entertainment, LLC, MTV Networks d/b/a
Comedy Central, Dakota North
Entertainment, Inc., Four by Two
Production Company, Sacha Baron Cohen,
Todd Schulman, and John Does Nos. 1-5,

      Defendants.
---------------------------------------------------------------X

Case No. 08 CV 1828 (LAP)

**STIPULATION**
**AND ORDER**

  WHEREAS, on October 22, 2007, Plaintiff filed a Summons With Notice in the Supreme Court of the State of New York, County of New York;

  WHEREAS, on February 22, 2008, defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc. and Todd Schulman (the "Removing Defendants") removed the above-captioned action to the United States District Court for the

Southern District of New York;

WHEREAS, counsel for the Removing Defendants have accepted service of the Summons With Notice on behalf of Defendants Sacha Baron Cohen, Larry Charles, Jay Roach and Everyman Pictures (collectively along with the Removing Defendants, the "Served Defendants").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff and the Served Defendants as follows:

1. Plaintiff shall serve upon Served Defendants a Complaint in this action so that said Complaint is received by Served Defendants no later than March 28, 2008; and

2. Served Defendants shall respond to the Complaint, by motion, answer, or otherwise so that said response is received by Plaintiff no later than April 21, 2008.

Dated: March 11, 2008

/s/ Adam Richards
Adam Richards (AR-2489)
ADAM RICHARDS LLC
40 Fulton Street
7th Floor
New York, New York 10038
Tel: (212) 233-4400
*Attorneys for Plaintiff
Kathie Martin*

Dated: March 12, 2008

/s/ Slade R. Metcalf
Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach and Everyman Pictures*

SO ORDERED:

/s/ Loretta A. Preska
U.S.D.J.

Dated: March 19, 2008

2