Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Monica Levinson,*
*Twentieth Century Fox Film Corporation,*
*One America Productions, Inc., Todd Schulman,*
*Sacha Baron Cohen, Larry Charles, Jay Roach*
*Everyman Pictures, Springland Films, Dune*
*Entertainment, LLC, MTV Networks d/b/a*
*Comedy Central, Dakota North Entertainment,*
*Inc., and Four by Two Production Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | |
|---|---|
| Kathie Martin, | : |
| | : |
| Plaintiff, | : |
| | : |
| – against – | : Case No. 08 CV 1828 (LAP) |
| | : |
| Dan Mazer, Anthony Hines, Larry Charles, Peter Baynham, Monica Levinson, Jay Roach, Todd Phillips, Everyman Pictures, Twentieth Century Fox Film Corporation, One America Productions, Inc., Gold/Miller Productions, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., Four by Two Production Company, Sacha Baron Cohen, Todd Schulman, and John Does Nos. 1-5, | : **NOTICE OF APPEARANCE** |
| | : |
| Defendants. | : |

------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter

as counsel for defendants Monica Levinson, Twentieth Century Fox Film Corporation, One

America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach,

Everyman Pictures, Springland Films, Dune Entertainment LLC, MTV Networks d/b/a Comedy

\\\NY - 027721/000006 - 1080903 v1

Central, Dakota North Entertainment, Inc., and Four by Two Production Company and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

>Respectfully submitted,
>
>HOGAN & HARTSON LLP
>
>By:  /s/
>Katherine M. Bolger (KB 6206)
>Rachel F. Strom (RS 9666)
>HOGAN & HARTSON LLP
>875 Third Avenue
>New York, NY 10022
>Tel: (212) 918-3000
>*Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., and Four by Two Production Company*

Dated: New York, New York
April 21, 2008

TO: Adam Richards
ADAM RICHARDS LLC
40 Fulton Street, 7th Floor
New York, NY 10038
Tel: (212) 233-4400
*Attorneys for Plaintiff Kathie Martin*

**CERTIFICATE OF SERVICE**

      I, Rachel F. Strom, hereby certify that on April 21, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

Adam Richards
ADAM RICHARDS LLC
40 Fulton Street, 7th Floor
New York, NY 10038
Tel: (212) 233-4400
adam@arichardslaw.com
*Attorneys for Plaintiff Kathie Martin*

Dated:  April 21, 2008

                                              s/ Rachel F. Strom
                                       RACHEL F. STROM (RS 9666)