Courtesy Copy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

RECEIVED
APR 22 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
*Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., and Four by Two Production Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Kathie Martin,

                Plaintiff,

   – against –

Dan Mazer, Anthony Hines, Larry Charles, Peter Baynham, Monica Levinson, Jay Roach, Todd Phillips, Everyman Pictures, Twentieth Century Fox Film Corporation, One America Productions, Inc., Gold/Miller Productions, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., Four by Two Production Company, Sacha Baron Cohen, Todd Schulman, and John Does Nos. 1-5,

                Defendants.
-----------------------------------------------------------X

Case No. 08 CV 1828 (LAP)

**STIPULATION
AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff and defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc. and Todd Schulman (collectively the "Removing Defendants") and defendants Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures,

Springland Films, Dune Entertainment LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., and Four by Two Production Company (collectively along with the Removing Defendants, the "Served Defendants");

1. On October 22, 2007, Plaintiff filed a Summons With Notice in the Supreme Court of the State of New York, County of New York;

2. On February 22, 2008, the Removing Defendants removed the above-captioned action to the United States District Court for the Southern District of New York;

3. Counsel for the Removing Defendants accepted service of the Summons With Notice on behalf of Defendants Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures, Springland Films, Dune Entertainment LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., and Four by Two Production Company;

3. On or about March 12, 2008, Plaintiff and the Served Defendants stipulated that Plaintiff would serve a Complaint upon the Served Defendants by March 28, 2008 and the Served Defendants would respond to the Complaint by April 21, 2008 (the "First Stipulation");

4. On March 19, 2008, this Court so ordered the First Stipulation;

5. On March 28, 2008, Plaintiff and the Served Defendants stipulated that Plaintiff would serve a Complaint upon the Served Defendants by March 28, 2008 and the Served Defendants would respond to the Complaint by April 28, 2008 (the "Second Stipulation");

6. On March 28, 2008, Plaintiff filed a Complaint in this Court;

7. On April 2, 2008, this Court so ordered the Second Stipulation;

8. On April 11, 2008, Plaintiff filed a First Amended Complaint in this Court;

2

9. The parties hereby agree that the Served Defendants time to answer, move or otherwise respond to the First Amended Complaint be and the same hereby is extended to and including May 5, 2008;

10. No other extensions of time have been requested or granted in this matter regarding the Served Defendants' time to respond to the Amended Complaint;

11. A facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: April 17, 2008

*/s/ Adam Richards*
Adam Richards
ADAM RICHARDS LLC
40 Fulton Street
7th Floor
New York, New York 10038
Tel: (212) 233-4400
*Attorneys for Plaintiff*
*Kathie Martin*

Dated: April 21, 2008

*/s/ Slade R. Metcalf*
Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach Everyman Pictures, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., and Four by Two Production Company*

IT IS SO ORDERED:

*/s/ Loretta A. Preska*
U.S.D.J.

Dated: April 23, 2008