Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000
*Attorneys for Defendants Monica Levinson,*
*Twentieth Century Fox Film Corporation,*
*One America Productions, Inc., Todd Schulman,*
*Sacha Baron Cohen, Larry Charles, Jay Roach*
*Everyman Pictures, Springland Films,*
*Dune Entertainment, LLC, Comedy Partners,*
*Dakota North Entertainment, Inc., and*
*Four by Two Production Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Kathie Martin,                                                        :
                                                                      :
                                        Plaintiff,                    :
                                                                      :
               – against –                                            :    Case No. 08 CV 1828 (LAP)
                                                                      :
Dan Mazer, Anthony Hines, Larry Charles,                              :
Peter Baynham, Monica Levinson, Jay                                   :    **NOTICE OF MOTION**
Roach, Todd Phillips, Everyman Pictures,                              :
Twentieth Century Fox Film Corporation,                               :
One America Productions, Inc., Gold/Miller                            :
Productions, Springland Films, Dune                                   :
Entertainment, LLC, MTV Networks d/b/a                                :
Comedy Central, Dakota North                                          :
Entertainment, Inc., Four by Two                                      :
Production Company, Sacha Baron Cohen,                                :
Todd Schulman, and John Does Nos. 1-5,                                :
                                                                      :
                                        Defendants.                   :
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the annexed declarations of Joan Hansen, sworn to

the 2nd day of May, 2008, and Slade R. Metcalf, sworn to the 5th day of May, 2008, and the

exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, the

undersigned will move this Court, before the Honorable Loretta A. Preska, United States District

Judge, United States District Court, Southern District of New York, at the United States

Courthouse, Courtroom 12A, 500 Pearl Street, New York, New York 10007, at a date and time

as shall be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure, dismissing the first amended complaint of plaintiff Kathie Martin ("Plaintiff") with

prejudice as against defendants Monica Levinson, Twentieth Century Fox Film Corporation, One

America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach,

Everyman Pictures, Springland Films, Dune Entertainment LLC, Comedy Partners (incorrectly

sued herein as "MTV Networks d/b/a Comedy Central"), Dakota North Entertainment, Inc. and

Four by Two Production Company in its entirety, and granting such other and further relief as

this Court may deem appropriate.  Oral argument, if any, will be on a date and at a time to be

designated by the Court.

       **PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be served

by Plaintiff within ten business days after service of the motion papers in accordance with Rule

6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York.

Dated: May 5, 2008

                        Respectfully submitted,

                        HOGAN & HARTSON LLP

                        By: _____/s/_____
                        Slade R. Metcalf (SM 8360)
                        Katherine M. Bolger (KB 6206)
                        Rachel F. Strom (RS 9666)
                        HOGAN & HARTSON LLP
                        875 Third Avenue
                        New York, NY 10022
                        Tel: (212) 918-3000
                        *Attorneys for Defendants Monica Levinson,*
                        *Twentieth Century Fox Film Corporation, One*
                        *America Productions, Inc., Todd Schulman, Sacha*
                        *Baron Cohen, Larry Charles, Jay Roach, Everyman*
                        *Pictures, Springland Films, Dune Entertainment,*
                        *LLC, Comedy Partners, Dakota North Entertainment,*
                        *Inc., and Four by Two Production Company*

3

TO:    Adam Richards
        ADAM RICHARDS LLC
        40 Fulton Street, 7th Floor
        New York, NY 10038
        Tel: (212) 233-4400
        *Attorney for Plaintiff Kathie Martin*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

Kathie Martin,                                        :
                                                      :
                        Plaintiff,                    :
                                                      :
        – against –                                   :  Case No. 08 CV 1828 (LAP)
                                                      :
Dan Mazer, Anthony Hines, Larry Charles,              :
Peter Baynham, Monica Levinson, Jay                   :
Roach, Todd Phillips, Everyman Pictures,              :
Twentieth Century Fox Film Corporation,               :
One America Productions, Inc., Gold/Miller            :
Productions, Springland Films, Dune                   :
Entertainment, LLC, MTV Networks d/b/a                :
Comedy Central, Dakota North                          :
Entertainment, Inc., Four by Two                      :
Production Company, Sacha Baron Cohen,                 :
Todd Schulman, and John Does Nos. 1-5,                :
                                                      :
                        Defendants.                   :
----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        I, Rachel F. Strom, hereby certify that on May 5, 2008, I caused a true and correct copy of the Notice Of Motion, Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss The First Amended Complaint and the exhibit annexed thereto, Declaration Of Slade R. Metcalf In Support Of Defendants' Motion To Dismiss The First Amended Complaint and the exhibits annexed thereto, Declaration Of Joan Hansen In Support Of Defendants' Motion To Dismiss The First Amended Complaint and the exhibits annexed thereto, Statement of Defendant Dune Entertainment LLC Pursuant to Federal Rule of Civil Procedure 7.1, Statement of Defendant Comedy Partners Pursuant to Federal Rule of Civil Procedure 7.1, Statement of Defendant Everyman Pictures Pursuant to Federal Rule of Civil Procedure 7.1, and the Statement of Defendant Dakota North Entertainment, Inc. Pursuant to Federal Rule of Civil Procedure 7.1, to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

        Adam Richards
        ADAM RICHARDS LLC
        40 Fulton Street, 7th Floor
        New York, NY 10038
        Tel: (212) 233-4400
        *Attorney for Plaintiff Kathie Martin*

Dated:  May 5, 2008                          _____s/ Rachel F. Strom_____
                                             RACHEL F. STROM (RS 9666)

\\\NY - 027721/000006 - 1082593 v1