Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000

*Attorneys for Defendants Monica Levinson,*
*Twentieth Century Fox Film Corporation,*
*One America Productions, Inc., Todd Schulman,*
*Sacha Baron Cohen, Larry Charles, Jay Roach*
*Everyman Pictures, Springland Films,*
*Dune Entertainment, LLC, Comedy Partners,*
*Dakota North Entertainment, Inc., and*
*Four by Two Production Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

Kathie Martin,

                          Plaintiff,

– against –                                                                         Case No. 08 CV 1828 (LAP)

Dan Mazer, Anthony Hines, Larry Charles,
Peter Baynham, Monica Levinson, Jay
Roach, Todd Phillips, Everyman Pictures,
Twentieth Century Fox Film Corporation,
One America Productions, Inc., Gold/Miller
Productions, Springland Films, Dune
Entertainment, LLC, MTV Networks d/b/a
Comedy Central, Dakota North
Entertainment, Inc., Four by Two
Production Company, Sacha Baron Cohen,
Todd Schulman, and John Does Nos. 1-5,

                          Defendants.
-----------------------------------------------------------------------X

**STATEMENT OF DEFENDANT DUNE ENTERTAINMENT LLC**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

\\\NY - 027721/000006 - 1081868 v1

counsel for Dune Entertainment LLC ("Dune") certifies that Dune does not have any corporate parents, subsidiaries or affiliates that are publicly held.

Dated: May 5, 2008

          Respectfully submitted,

          HOGAN & HARTSON LLP

          By: _____/s/_____
          Slade R. Metcalf (SM 8360)
          Katherine M. Bolger (KB 6206)
          Rachel F. Strom (RS 9666)
          HOGAN & HARTSON LLP
          875 Third Avenue
          New York, NY 10022
          Tel: (212) 918-3000
          *Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures, Springland Films, Dune Entertainment, LLC, Comedy Partners, Dakota North Entertainment, Inc., and Four by Two Production Company*