Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000

*Attorneys for Defendants Monica Levinson,*
*Twentieth Century Fox Film Corporation,*
*One America Productions, Inc., Todd Schulman,*
*Sacha Baron Cohen, Larry Charles, Jay Roach*
*Everyman Pictures, Springland Films,*
*Dune Entertainment, LLC, Comedy Partners,*
*Dakota North Entertainment, Inc., and*
*Four by Two Production Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| Kathie Martin, | : |
| | : |
| Plaintiff, | : |
| | : |
| – against – | : Case No. 08 CV 1828 (LAP) |
| | : |
| Dan Mazer, Anthony Hines, Larry Charles, Peter Baynham, Monica Levinson, Jay Roach, Todd Phillips, Everyman Pictures, Twentieth Century Fox Film Corporation, One America Productions, Inc., Gold/Miller Productions, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., Four by Two Production Company, Sacha Baron Cohen, Todd Schulman, and John Does Nos. 1-5, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------------X

**STATEMENT OF DEFENDANT DAKOTA NORTH ENTERTAINMENT, INC.**
<u>**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

\\\NY - 027721/000006 - 1082487 v1

counsel for Dakota North Entertainment, Inc. ("Dakota North") certifies that Dakota North does not have any corporate parents, subsidiaries or affiliates that are publicly held.

Dated: May 5, 2008

> Respectfully submitted,
>
> HOGAN & HARTSON LLP
>
> By: _____/s/_____
> Slade R. Metcalf (SM 8360)
> Katherine M. Bolger (KB 6206)
> Rachel F. Strom (RS 9666)
> HOGAN & HARTSON LLP
> 875 Third Avenue
> New York, NY 10022
> Tel: (212) 918-3000
> *Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures, Springland Films, Dune Entertainment, LLC, Comedy Partners, Dakota North Entertainment, Inc., and Four by Two Production Company*