Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000

*Attorneys for Defendants Monica Levinson,*
*Twentieth Century Fox Film Corporation,*
*One America Productions, Inc., Todd Schulman,*
*Sacha Baron Cohen, Larry Charles, Jay Roach*
*Everyman Pictures, Springland Films,*
*Dune Entertainment, LLC, Comedy Partners,*
*Dakota North Entertainment, Inc., and*
*Four by Two Production Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| Kathie Martin, | : |
| | : |
| Plaintiff, | : |
| | : |
| – against – | : Case No. 08 CV 1828 (LAP) |
| | : |
| Dan Mazer, Anthony Hines, Larry Charles, Peter Baynham, Monica Levinson, Jay Roach, Todd Phillips, Everyman Pictures, Twentieth Century Fox Film Corporation, One America Productions, Inc., Gold/Miller Productions, Springland Films, Dune Entertainment, LLC, MTV Networks d/b/a Comedy Central, Dakota North Entertainment, Inc., Four by Two Production Company, Sacha Baron Cohen, Todd Schulman, and John Does Nos. 1-5, | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------------------X

**STATEMENT OF DEFENDANT MTV NETWORKS D/B/A COMEDY PARTNERS**
<u>**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Comedy Partners (incorrectly sued herein as "MTV Networks d/b/a Comedy Central") certifies that Comedy Partners is a general partnership between Viacom Hearty Ha!Ha! LLC and Viacom International Inc.  Viacom Hearty Ha!Ha! LLC is a wholly owned subsidiary of Viacom International Inc.  Viacom International Inc. is a wholly-owned subsidiary of Viacom Inc.  Viacom Inc. is a publicly-held company with no parent corporation.  No publicly-held company owns 10% or more of Viacom Inc.'s stock.

Dated: May 5, 2008

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____/s/_____
Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KB 6206)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
*Attorneys for Defendants Monica Levinson, Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, Sacha Baron Cohen, Larry Charles, Jay Roach, Everyman Pictures, Springland Films, Dune Entertainment, LLC, Comedy Partners, Dakota North Entertainment, Inc., and Four by Two Production Company*